# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Louise Gantt Yarbra, | ) | 18-50422- PMB |
| | ) | |
| | ) | |
| DEBTOR. | ) | JUDGE Baisier |

## NOTICE OF RESCHEDULING OF
## CONFIRMATION HEARING

COMES NOW Louise Gantt Yarbra, Debtor, by and through undersigned counsel, and hereby gives notice that the Confirmation Hearing in this case has been rescheduled to the following date:

(1) The Confirmation Hearing shall be held on **September 20, 2018 at 9:30 AM in Courtroom 1202 of the United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta Georgia.**

This 8th day of August, 2018.

                                                    Vincent Capomacchia /s/
                                                    Vincent Capomacchia
                                                    Attorney for the Debtor
                                                    GA Bar No. 772547
                                                    The Semrad Law Firm, LLC
                                                    303 Perimeter Center North
                                                    Suite 201
                                                    Atlanta, GA  30346

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Louise Gantt Yarbra, | ) | 18-50422 - PMB |
| | ) | |
| | ) | |
| DEBTOR. | ) | JUDGE Baisier |

## CERTIFICATE OF SERVICE

      I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Notice of Rescheduling of the Confirmation Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**Louise Gantt Yarbra**
410 Houston Pl SW
Marietta, GA 30008

**Melissa J. Davey**
Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA  30303

*(See Attached Creditor Mailing Matrix)*

      This 8th day of August 2018.

                                            <u>Vincent Capomacchia  /s/</u>
                                            Vincent Capomacchia
                                            Attorney for the Debtor
                                            GA Bar No. 772547
                                            The Semrad Law Firm, LLC
                                            303 Perimeter Center North
                                            Suite 201
                                            Atlanta, GA  30346

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-50422-pmb<br>Northern District of Georgia<br>Atlanta<br>Wed Aug  8 11:03:52 EDT 2018 | Aldridge Pite, LLP<br>3575 Piedmont Rd NE Ste 500<br>Attn: Brian K. Jordan<br>Atlanta, GA 30305-1636 | Lisa F. Caplan<br>Rubin Lublin, LLC<br>Suite 100<br>3145 Avalon Ridge Place<br>Peachtree Corners, GA 30071-1570 |
| Vince Capomacchia<br>The Semrad Law Firm, LLC<br>303 Perimeter Center N., Ste. 201<br>Atlanta, GA 30346-3425 | Melissa J. Davey<br>Melissa J. Davey, Standing Ch 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 | Department of Justice, Tax Division<br>75 Spring Street SW<br>Civil Trial Section, Southern<br>Atlanta, GA 30303-3315 |
| Educational Credit Management Corporation<br>P.O. Box 16408<br>Saint Paul, MN 55116-0408 | Exeter Finance LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC<br>PO BOX 166097<br>IRVING, TX 75016-6097 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service - Atl<br>401 W Peachtree St NW M/S 334D<br>Atlanta, GA 30308 |
| JD Receivables LLC<br>Agent for Metro Atlanta Ambulance Servic<br>PO Box 382656<br>Germantown, TN 38183-2656 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Francis Lartey Laryea<br>The Semrad Law Firm, LLC<br>Suite 201<br>303 Perimeter Center North<br>Atlanta, GA 30346-3425 |
| NAVY FEDERAL CR UNION<br>820 FOLLIN LANE<br>VIENNA, VA 22180-4907 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>8950 Cypress Waters Blvd<br>Coppell, TX 75019-4620 |
| Northwest Neurology PC<br>2520 Windy Hill Rd SE #202<br>Marietta, GA 30067-8650 | Office of the Attorney General - Atlanta<br>40 Capitol Sq Sw<br>Attn: Karrollanne K. Cayce<br>Atlanta, GA 30334-9057 | Office of the United States Trustee<br>75 Ted Turner Dr Sw<br>Atlanta, GA 30303-3315 |
| Piedmont Henry Hospital<br>2727 Paces Ferry Rd Se<br>Bldg 2, Ste 500<br>Atlanta, GA 30339-6143 | REC MGT GRP<br>2901 UNIVERSITY AV #29<br>COLUMBUS, GA 31907-7601 | Resurgens Orthopaedics<br>PO BOX 720580<br>Atlanta, GA 30358-2580 |
| Robert Karsch, MD, FAAOS<br>755 Mount Vernon Highway NE, Suite 305<br>Atlanta, GA 30328-4274 | SW CRDT SYS<br>4120 INTERNATIONAL PARKWAY SUITE 1100<br>CARROLLTON, TX 75007-1958 | Santander Consumer USA<br>ATT POC: Janiscia Jackson PO Box 961245<br>Fort Worth, TX 76161-0244 |
| Santander Consumer USA, Inc.<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 | Special Assistant U.S. Attorney<br>401 W. Peachtree Street, NW, STOP 1000-D<br>Atlanta, GA 30308 | T Mobile/T-Mobile USA Inc<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 |

| | | |
|---|---|---|
| THE SMITH GROUP<br>PO BOX 723837<br>Atlanta, GA 31139-0837 | The Simon Law Firm, LLC<br>2860 Piedmont Road NE<br>Ste. 210<br>Atlanta, GA 30305-2843 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 |
| U.S. Bank National Association, not in its i<br>PO Box 619096<br>Dallas, Texas 75261-9096 | UHEAA<br>PO BOX 61047<br>HARRISBURG, PA 17106-1047 | WAKEFIELD<br>612 GAY STREET<br>KNOXVILLE, TN 37902-1603 |
| WellStar OrthoSport Kennestone Hospital<br>818 Church St<br>Marietta, GA 30060-8981 | Wellstar Kennestone Hospital<br>677 Church St<br>Marietta, GA 30060-1148 | Louise Gantt Yarbra<br>410 Houston Pl Sw<br>Marietta, GA 30008-3541 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Georgia Department of Revenue<br>1800 Century Boulevard<br>c/o T Truong<br>Atlanta, GA 30345 | JEFFERSON CAPITAL SYST<br>16 MCLELAND RD<br>SAINT CLOUD, MN 56303 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Exeter Finance LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)U.S. BANK NATIONAL ASSOCIATION | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     2<br>Total                   40 |