

**IT IS ORDERED as set forth below:**


**Date: February 18, 2020**

_____
**Paul Baisier**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 18-50422-PMB |
| | ) |
| LOUISE GANTT YARBRA, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| U.S. BANK TRUST NATIONAL | ) |
| ASSOCIATION, AS TRUSTEE OF | ) |
| THE CHALET SERIES III TRUST, | ) CONTESTED MATTER |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| LOUISE GANTT YARBRA, | ) |
| TIMOTHY YARBRA, Co-Debtor, and | ) |
| MELISSA J. DAVEY, Trustee, | ) |
| | ) |
| Respondents. | ) |

**CONSENT ORDER**

U.S. Bank Trust, N.A., as Trustee of the Chalet Series III Trust,

c/o BSI Financial Services, Inc., its servicing agent ("Movant"), filed a Motion for Relief

from Stay and from Co-Debtor Stay on May 2, 2019 (Doc. No. 62) ("Motion"), and the hearing on the Motion was scheduled for February 13, 2020 at 1:30 p.m.  Movant and Debtor have consented to the terms herein without any opposition from the Chapter 13 Trustee, and good cause has been shown.  Accordingly, the parties agree as follows:

1.

Debtor acknowledges being delinquent on the post-petition payments as set forth under the terms and conditions of the subject loan documents attached to the Motion and incorporated herein by reference ("Loan Documents").  The arrearage is in the amount of $3,024.77 and consists of the post-petition payments for December 2019 through and including February 2020 in the amount of $833.35 each and $850.00 attorney's fees and $181.00 costs incurred by Movant in bringing the Motion, minus $506.28 in suspense.

2.

All payments made pursuant to this Consent Order shall have the subject loan number xxxxxx2490 written thereon and shall be remitted directly to Movant, c/o BSI Financial Services, 314 S. Franklin St., P.O. Box 517, Titusville, PA 16354.  Debtor shall cure the post-petition arrearage by remitting $252.06 on or before the fifteenth day of each month, beginning on March 15, 2020, for the period of March 2020 through and including January 2021, and $252.11 on or before February 15, 2021.

3.

Debtor shall make all payments under this Consent Order in strict compliance with the terms herein and shall make the March 2020 through and including February 2021 post-petition payments in strict compliance with the terms of the Loan Documents.

4.

In the event of a default on any of the payments set forth in Paragraphs Two or Three above, Movant or Movant's counsel shall give written notice, by first class mail to Debtor and by email to Debtor's counsel, of Debtor's default and right to cure the default

within ten (10) days from Debtor's receipt of the written notice. Debtor shall be presumed to have received the written notice on the fifth (5th) calendar day following mailing of said notice by Movant or Movant's counsel provided that said notice was properly addressed and that sufficient postage was affixed thereto. Movant shall be entitled to attorney's fees of $85.00 per default notice, plus mailing costs. Upon Debtor's failure to cure within the ten-day period, Movant or Movant's counsel may file an affidavit of default and a delinquency motion, both to be served upon Debtor, Debtor's counsel, and the Chapter 13 Trustee, and this Court may then terminate the automatic stay as to Movant without further notice or hearing and order that:

a) The Motion is granted;

b) The stay set forth in FBR 4001(a)(3) is hereby waived, and the automatic stay is hereby modified to permit Movant to pursue and enforce under non-bankruptcy law any and all rights it has in and to that certain real property, as more particularly described in the loan documents attached to the Motion and incorporated herein by reference, commonly known as 410 Houston Place, SW, Marietta, GA 30008 ("Real Property"), including, but not limited to, advertising and conducting a foreclosure sale and seeking confirmation thereof in order to pursue any deficiency, and seeking possession of the Real Property. However, Movant and/or its successors and assigns, may offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, short sale, deed in lieu of foreclosure, or any other type of loan workout/loss mitigation agreement. Movant may contact Debtor via telephone or written correspondence to offer any such agreement; and

c) The Chapter 13 Trustee shall cease funding Movant's pre-petition claim. Upon completion of any foreclosure sale by Movant during the pendency of this case, all proceeds exceeding Movant's lawful debt that would otherwise be payable to the Debtor shall be promptly remitted to the Chapter 13 Trustee. Movant is granted leave to seek allowance of a deficiency claim, if appropriate, but Debtor and the Chapter 13 Trustee shall be entitled to object to said deficiency claim.

5.

An objection to the termination of the co-debtor stay was not filed, and Co-Debtor was not present at the call of the calendar. Accordingly, the Motion is hereby granted as to the Co-Debtor, and the co-debtor stay is hereby terminated as to Movant.

It is hereby ORDERED that the agreement as described herein is approved, and that the Motion is denied without prejudice, subject to the terms of the agreement.

[END OF DOCUMENT]

PREPARED BY AND CONSENTED TO:
Attorney for Movant

_____/s/_____

Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email:  meratl@aol.com

CONSENTED TO:
Attorney for Debtor

_____/s/_____

Vince Capomacchia              (By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 772547

The Semrad Law Firm, LLC
303 Perimeter Center N., Ste. 201
Atlanta, GA 30346
(678) 668-7160 x 2703
Email:  vcapomacchia@semradlaw.com

NO OPPOSITION:
Chapter 13 Trustee

_____/s/_____

Kelsey A. Makeever            (By Marc E. Ripps, Esq. with express permission)
Attorney for the Chapter 13 Trustee
Georgia Bar No. 371499

Suite 200
260 Peachtree Street
Atlanta, GA  30303
(678) 510-1444
Email:  kmakeever@13trusteeatlanta.com

## DISTRIBUTION LIST ON CONSENT ORDER

Pursuant to LR 9013-3(c) NDGa., the Consent Order shall be served upon the following parties in interest:

Marc E. Ripps, Esq.
P.O. Box 923533
Norcross, Georgia 30010-3533

Melissa J. Davey, Esq.
Standing Chapter 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Vince Capomacchia, Esq.
The Semrad Law Firm, LLC
Suite 201
303 Perimeter Center N.
Atlanta, GA 30346

Louise Gantt Yarbra
410 Houston Place, SW
Marietta, GA 30008

Timothy Yarbra*
1757 E. Hayes St.
Pensacola, FL 32502
        * Co-Debtor